**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

CHARLES FRANCIS,

    Plaintiff,

v.                                                Case No. 3:13-cv-303-J-32TEM

JUDGE MARK HULSEY, et al.,

    Defendants.

## ORDER

Upon review, it is hereby

**ORDERED**:

1.    The Magistrate Judge's Report and Recommendation (Doc. #4), to which no objections have been filed, is hereby **adopted** as the opinion of the Court.

2.    This case is hereby **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. § 1915(e)(2)(B).

3.    The Clerk shall enter judgment dismissing this case with prejudice and close this case.

**DONE AND ORDERED** at Jacksonville, Florida this 3rd day of May, 2013.

                                                      TIMOTHY J. CORRIGAN
                                                      United States District Judge

ps 4/29
c:
Charles Francis
The Honorable Thomas E. Morris